FILED

AUG 16 2021

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY ______ ,DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

Nicholas Thomas ,

(Enter the full name of the plaintiff.)

v.

CIV-21-812-PRW

Case No. 20-CF-2781
(Court Clerk will insert case number)

(1) Det. Ryan Hayden ,

(2) Maban Wright ,

(3) Court room 4C, Division:14

Unknown prosecutor and unknown Judge

(Enter the full name of each defendant. Attach additional sheets as necessary.)

## PRO SE PRISONER CIVIL RIGHTS COMPLAINT

### Initial Instructions

1. You must type or legibly handwrite the Complaint, and you must answer all questions concisely and in the proper space. Where more space is needed to answer any question, you may attach a separate sheet.

2. You must provide a full name for each defendant and describe where that defendant resides or can be located.

3. You must send the original complaint and one copy to the Clerk of the District Court.

4. You must pay an initial fee of $400 (including a $350 filing fee and a $50 administrative fee). The complaint will not be considered filed until the Clerk receives the $400 fee or you are granted permission to proceed *in forma pauperis*.

5. If you cannot prepay the $400 fee, you may request permission to proceed *in forma pauperis* in accordance with the procedures set forth in the Court's form application to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915; Local Civil Rule 3.3.

- If the court grants your request, the $50 administrative fee will not be assessed and your total filing fee will be $350.

- You will be required to make an initial partial payment, which the court will calculate, and then prison officials will deduct the remaining balance from your prison accounts over time.

- These deductions will be made until the entire $350 filing fee is paid, **regardless of how the court decides your case.**

7. The Court will review your complaint before deciding whether to authorize service of process on the defendants. *See* 28 U.S.C. §§ 1915(e)(2), 1915A; 42 U.S.C. § 1997e(c)(1). If the Court grants such permission, the Clerk will send you the necessary instructions and forms.

8. If you have been granted permission to proceed *in forma pauperis*, the United States Marshals Service will be authorized to serve the defendants based on information you provide. If you have not been granted permission to proceed *in forma pauperis*, you will be responsible for service of a separate summons and copy of the complaint on each defendant in accordance with Rule 4 of the Federal Rules of Civil Procedure.

## COMPLAINT

**I. Jurisdiction is asserted pursuant to:**

✓ 42 U.S.C. § 1983 and 28 U.S.C. § 1343(a)(3) (NOTE: these provisions generally apply to state prisoners), or

___ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), and 28 U.S.C. § 1331 (NOTE: these provisions generally apply to federal prisoners)

If you want to assert jurisdiction under different or additional statutes, list these below:

______________________________________________

______________________________________________

______________________________________________

**II. State whether you are a:**

___ Convicted and sentenced state prisoner

___ Convicted and sentenced federal prisoner

_✓_ Pretrial detainee No one showed up to my pre-trial on 6/16/20 for an already closed case and public Defender maban wright keeps refusing to get me released from jail.

___ Immigration detainee

___ Civilly committed detainee

___ Other (please explain) unlawfully detanee with out subpeono, without warrant, without search warrant, no probable case arrest, no arresting officer, no miranda warning

**III. Previous Federal Civil Actions or Appeals**

List each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility.

1. Prior Civil Action/Appeal No. 1

   a. Parties to previous lawsuit:

      Plaintiff(s):______________________________

      Defendant(s):______________________________

      ______________________________

   b. Court and docket number:______________________________

   c. Approximate date of filing:______________________________

   d. Issues raised: ______________________________

      ______________________________

      ______________________________

   e. Disposition (for example: Did you win? Was the case dismissed? Was summary judgment entered against you? Is the case still pending? Did you appeal?): ______________________________

      ______________________________

   f. Approximate date of disposition: ______________________________

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a separate sheet(s).

## IV. Parties to Current Lawsuit

State information about yourself and each person or company listed as a defendant in the caption (the heading) of this complaint.

1. Plaintiff

   Name and any aliases: Nicholas Thomas

   Address: 501 S.E 8th Avenue, Shawnee County Jail Topeka, KS 66607

   Inmate No.: ____________

2. Defendant No. 1

   Name and official position: Det. Ryan Hayden Topeka, KS police Department

   Place of employment and/or residence: Topeka, KS police Department

   How is this person sued? ( ) official capacity, ( ) individual capacity, (✓) both

3. Defendant No. 2

   Name and official position: Maban Wright Topeka, KS public Defender

   Place of employment and/or residence: Shawnee County Jail public Defender office (785) 296-4353 701 SW Jackson St., 3rd Floor

   How is this person sued? ( ) official capacity, ( ) individual capacity, (✓) both

If there are more than two defendants, describe the additional defendants using this same format on a separate sheet(s).

Det. Rayan Hayden made a false police report that does not match any of the officers report that was present at said allodged incident that he was not available to attend. public Defender chose to over look this fact several times for this already closed case, I went to pre-trial for a closed case where the police made a false report and the proscuter lied at court twice. once on 3/15/21 and once on 6/16/21. public Defender maban wright chose to over look all these facts over and over again

## V. Cause of Action

Instructions

1. *Provide a short and plain statement of each claim.*
   - Describe the facts that are the basis for your claim.
   - You can generally only sue defendants who were directly involved in harming you. Describe how each defendant violated your rights, giving dates and places.
   - Explain how you were hurt and the extent of your injuries.

2. *You are not required to cite case law.*
   - Describe the constitutional or statutory rights you believe the defendant(s) violated.
   - At this stage in the proceedings, you do not need to cite or discuss any case law.

3. *You are not required to attach exhibits.*
   - If you do attach exhibits, you should refer to the exhibits in the statement of your claim and explain why you included them.

4. *Be aware of the requirement that you exhaust prison grievance procedures **before** filing your lawsuit.*
   - If the evidence shows that you did not fully comply with an available prison grievance process prior to filing this lawsuit, the court may dismiss the unexhausted claim(s) or grant judgment against you. *See* 42 U.S.C. § 1997e(a).
   - Every claim you raise must be exhausted in the appropriate manner.

5. *Be aware of any statute of limitations.*
   - If you are suing about events that happened in the past, your case may be subject to dismissal under the statute of limitations. For example, for many civil rights claims, an action must be brought within two years from the date when the plaintiff knew or had reason to know of the injury that is the basis for the claim.

6. *Do not include claims relating to your criminal conviction or to prison disciplinary proceedings that resulted in loss of good time credits.*

- If a ruling in your favor "would necessarily imply the invalidity" of a criminal conviction or prison disciplinary punishment affecting the time served, then you cannot make these claims in a civil rights complaint unless you have already had the conviction or prison disciplinary proceeding invalidated, for example through a habeas proceeding.

## Claims

List the federal right(s) that you believe have been violated, and describe what happened. Each alleged violation of a federal right should be listed separately as its own claim. False arguements by prosecutor

Misleading Claims

Substantial Performance

1. **Claim 1:** Service of process, Subpeona duces tecum, Sua Sponte, unlawful assembly, miscarriage of justice, mistake of law, imputed knowledge

(1) List the right that you believe was violated:

Incorporation by reference [illegible]

Fraud, Duress, mistake, misrepresentation, illegality of law, ~~Equal Protection of~~ laws

Illegal assembly of court, odium, due process, habeas corpus,

Malicious prosecution

Conflict of interest, Abuse of discretion, abuse of process, misstating evidence

Matter of record

arrest of judgment, assignment of error, Breach of contract, Lynch law canon of ethics, entering judgement, Equal protection of the law

(2) List the defendant(s) to this claim: (If you have sued more than one defendant, specify each person or entity that is a defendant for this particular claim.)

Public Defender Mahan wright

Det. Ryan Hayden

Court room 4C, Division: 14

Unknown prosecutor and Judge's: Name because of unlawful assembly

(3) List the supporting facts:

Fake police report, Fake victim Name, Empty pre-trial unlawful assembly

Fake police report By det. Rayan Haden, Fake victim Name "Anthony T. Davis"

No Subpeona, no warrant, no arrest to appear in cort, no miranda warning,

No-one showed up to my unlawful pre-trial and I still cant get Public Defender maban Wright to Dismissed this case thats already been closed

(4) Relief requested: (State briefly exactly what you want the court to do for you.)

my release and some cash upon my release for my unlawful detainment to start over with at nothing so I wont been on no-ones radar to avoid trouble

2. **Claim II:**

(1) List the right that you believe was violated:

misleading claim

misstating evidence

false arguments by a prosecutor

Due process of law, Service of process, Fraud, Duress, mistake of law, misrepresentation, conflict of interest, assignment of error, Breach of contract, odium, Illegality, unlawful assembly, abuse of discretion, abuse of process Equal Protection of the law,

(2) List the defendant(s) to this claim: (If you have sued more than one defendant, specify each person or entity that is a defendant for this particular claim.)

maban Wright, Public Defender

Det. Rayan Hayden

Cort room 4C, Division: 14

Unknown prosecutor and Judge's Name because of unlawful assembly

(3) List the supporting facts:

I have everything in writing that excludes me out the case that has been closed till further evidence is available that I don't fit a description for a suspect, with an unlawful assembly of court for a false report made by Det. Raylan Hayden, where a prosecutor lied at court about evidence she didn't have, and no one showed up to the pre-trial I went to with out miranda warning, arresting officer, arrest, or subpoena

(4) Relief requested: (State briefly exactly what you want the court to do for you.)

My release and sum cash upon my release to start over and Lay-Low to avoid being under any ones radar

If there are more than two claims that you wish to assert, describe the additional claims using this same format on a separate sheet(s).

## VI. Declarations

I declare under penalty of perjury that the foregoing is true and correct.

Nicholas Thomas
Plaintiff's signature

________________
Date

I further declare under penalty of perjury that I placed this complaint in the prison's legal mail system, with the correct postage attached, on the _____ day of __________, 20___.

Nicholas Thomas
Plaintiff's signature

________________
Date