# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NICHOLAS THOMAS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-21-00812-PRW |
| RYAN HAYDEN, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on United States Magistrate Amanda Maxfield Green's Report and Recommendation (Dkt. 5), entered on August 30, 2021. The Court observes that no party has objected to the Report and Recommendation within the time limits prescribed. The Court has also reviewed Magistrate Judge Green's Report and Recommendation (Dkt. 5) de novo and agrees with the reasoning and conclusions therein. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Court **ADOPTS** Magistrate Judge Mitchell's Report and Recommendation (Dkt. 5) and **DISMISSES** for improper venue Plaintiff's Complaint (Dkt. 1), without prejudice as to its refiling in the proper judicial district. Plaintiff's other pending motion to proceed *in forma pauperis* (Dkt. 2) is **DENIED AS MOOT**.

**IT IS SO ORDERED** this 1st day of October 2021.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE